CLERK, U.S. DISTRICT COURT
09/21/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# Memorandum



| | |
|---|---|
| Subject: 2:21-cr-00442-FMO <br> <u>United States v.</u> <br> Seyed Ziaeddin Taheri Zangakani, et al. | Date: <br><br> September 20, 2021 |
| To: <br><br> KIRY K. GRAY <br> Clerk, United States District Court <br> Central District of California | From: <br><br> WILLIAM M. ROLLINS <br> Assistant United States Attorney <br> National Security Division |

The above-referenced matter, being filed on September 21, 2021:

Relates to a matter that was pending in the Terrorism and Export Crimes Section in the USAO's National Security Division on or before August 3, 2015; (2) a matter pending in the USAO's National Security Section in the USAO's Criminal Division on or before August 3, 2015, or a matter in which the National Security Section was previously involved; (3) a matter pending in the USAO's National Security Division between September 14, 2016 and March 20, 2020; or (4) a matter in which Assistant United States Attorney Patrick R. Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

WILLIAM M. ROLLINS
Assistant United States Attorney